IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA KUBIAK, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.: 2:15-cv-00886-MRH |
| ) | |
| STERLING JEWELERS, INC. d/b/a KAY ) | |
| JEWELERS, ) | |
| ) | |
| Defendant ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: August 26, 2015

BY: /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

AND NOW, this 26TH day of August, 2015.
IT IS SO ORDERED.
UNITED STATES DISTRICT JUDGE